JENNIFER A. RENARD ET AL. *v.*
JOHN M. DILLMAN ET AL.
(AC 20779)

Dranginis, Bishop and Dupont, Js.

Argued February 21—officially released March 19, 2002

Per Curiam. The judgment is affirmed.

MARION ANTHONY RICE *v.* COMMISSIONER OF
CORRECTION
(AC 21247)

Lavery, C. J., and Foti and Bishop, Js.

Submitted on briefs February 28—officially released April 2, 2002

Per Curiam. The trial court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.

MICHAEL STARR *v.* COMMISSIONER OF
CORRECTION
(AC 21655)

Lavery, C. J., and Foti and Bishop, Js.

Submitted on briefs February 28—officially released April 2, 2002

Per Curiam. The trial court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.